# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**WENDELL WILLIAMS**
**ADC # 110370**                                                                    **PLAINTIFF**

v.                              No. 4:14-cv-299-DPM-HDY

RAY HOBBS, Director, ADC;
ANDY SHOCK, Faulkner County
Sheriff; JOHN RANDALL, Major,
Faulkner County Jail Administrator;
VENCIN, Captain, Faulkner County
Detention Center; DOUGLAS,
Lieutenant, Faulkner County Detention
Officer; and JOHN DOE, Doctor,
Faulkner County Jail                                                              **DEFENDANTS**

## ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b)(1983 addition to Advisory Committee Notes). Williams's claims against Hobbs are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 June 2014