IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WENDELL WILLIAMS                                              PLAINTIFF

v.                       No. 4:14-cv-299-DPM-HDY

ANDY SHOCK, Faulkner County
Sheriff; JOHN RANDALL, Major,
Faulkner County Jail Administrator;
LLOYD VINCENT, Captain, Faulkner County
Detention Center; DOUGLAS,
Lieutenant, Faulkner County Detention
Officer; and JOHN DOE, Doctor,
Faulkner County Jail                                         DEFENDANTS

ORDER

Unopposed recommendation, № 25, adopted. FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee Notes). Williams's complaint is dismissed without prejudice.

So Ordered.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　D.P. Marshall Jr.
　　　　　　　　　　　　　　　　United States District Judge

　　　　　　　　　　　　　　　　27 August 2014