IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WENDELL WILLIAMS                                                                    PLAINTIFF

v.                           No. 4:14-cv-299-DPM

RAY HOBBS, Director, Arkansas
Department of Correction; ANDY
SHOCK, Faulkner County
Sheriff; JOHN RANDALL, Major,
Faulkner County Jail Administrator;
LLOYD VINCENT, Captain, Faulkner County
Detention Center; DOUGLAS,
Lieutenant, Faulkner County Detention
Officer; and JOHN DOE, Doctor,
Faulkner County Jail                                                               DEFENDANTS

## JUDGMENT

Williams's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal of this Judgment and the related Order would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2014